# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 16-223-GMS |
| ACTAVIS LLC, | ) ) ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

PURSUANT TO Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gary E. Hood, Robyn Ast-Gmoser, Mark Deming, and Khurram Naik of Polsinelli PC to represent Defendant Actavis LLC in the above matter.

OF COUNSEL:
Gary E. Hood
Mark Deming
Khurram Naik
POLSINELLI PC
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900
ghood@polsinelli.com
mdeming@polsinelli.com
knaik@polsinelli.com

Robyn Ast-Gmoser
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 889-8000
rast@polsinelli.com

Dated: May 13, 2016

*/s/ Jason J. Rawnsley*
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant & Counterclaim Plaintiff Actavis LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED on this _____ day of _____, 2016, that counsel's motion for admission *pro hac vice* of Gary E. Hood, Robyn Ast-Gmoser, Mark Deming, and Khurram Naik to represent Defendant Actavis LLC is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the Bar of the State of Washington, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Gary E. Hood
POLSINELLI PC
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900
ghood@polsinelli.com

Dated: 4/28/16

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the Bar of the State of Missouri, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Robyn Ast-Gmoser
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63109
(314) 889-8000
rast@polsinelli.com

Dated: May 6, 2016

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Mark Deming
POLSINELLI PC
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900
mdeming@polsinelli.com

Dated: 4/28/16

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Khurram Naik
POLSINELLI PC
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900
knaik@polsinelli.com

Dated: 4/28/16