IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-223 (GMS) |
| | ) |
| ACTAVIS LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Millennium Pharmaceuticals, Inc.'s Rule 26(a) Initial Disclosures* were caused to be served on September 2, 2016 upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Gary E. Hood, Esquire<br>Mark Deming, Esquire<br>Khurram Naik, Esquire<br>POLSINELLI PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Robyn Ast-Gmoser, Esquire<br>POLSINELLI PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*

        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com

        *Attorneys for Plaintiff*
OF COUNSEL:        *Millennium Pharmaceuticals, Inc.*

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Jason H. Liss
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert M. Galvin
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

September 2, 2016
9967488.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 2, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>Mark Deming, Esquire<br>Khurram Naik, Esquire<br>POLSINELLI PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Robyn Ast-Gmoser, Esquire<br>POLSINELLI PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO  63102<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)