**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-223-GMS |
| | ) | |
| ACTAVIS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 2, 2016, true and correct copies of Actavis LLC's Rule 26(a) Initial Disclosures were caused to be served on the following counsel in the manner indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA EMAIL**
William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Jason J. Liss
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com
jason.liss@wilmerhale.com

**VIA EMAIL**
Robert M. Galvin
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
robert.galvin@wilmerhale.com

| | |
|---|---|
| OF COUNSEL: | */s/ Jason J. Rawnsley* |
| | Steven J. Fineman (#4025) |
| Gary E. Hood | Jason J. Rawnsley (#5379) |
| Mark Deming | RICHARDS, LAYTON & FINGER, P.A. |
| Khurram Naik | 920 North King Street |
| POLSINELLI PC | Wilmington, DE 19801 |
| 161 N. Clark Street, Suite 4200 | (302) 651-7700 |
| Chicago, Illinois 60601 | fineman@rlf.com |
| (312) 819-1900 | rawnsley@rlf.com |
| ghood@polsinelli.com | |
| mdeming@polsinelli.com | *Attorneys for Defendant & Counterclaim* |
| knaik@polsinelli.com | *Plaintiff Actavis LLC* |

Robyn Ast-Gmoser
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 889-8000
rast@polsinelli.com

Dated: September 2, 2016