**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ACTAVIS LLC, | ) | C.A. No. 1:16-cv-00223-GMS |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ACTAVIS LLC'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Actavis LLC, pursuant to Federal Rule of Civil Procedure Rule 7.1, hereby states that:

1. Actavis LLC is an indirect wholly-owned subsidiary of Teva Pharmaceuticals USA, Inc. which is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company; and

2. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Pharmaceuticals USA, Inc. and Actavis LLC.

| | |
|---|---|
| OF COUNSEL: | */s/ Jason J. Rawnsley* |
| | Steven J. Fineman (#4025) |
| Gary E. Hood | Jason J. Rawnsley (#5379) |
| Mark Deming | RICHARDS, LAYTON & FINGER, P.A. |
| Khurram Naik | 920 North King Street |
| POLSINELLI PC | Wilmington, DE 19801 |
| 161 N. Clark Street, Suite 4200 | (302) 651-7700 |
| Chicago, Illinois 60601 | fineman@rlf.com |
| (312) 819-1900 | rawnsley@rlf.com |
| ghood@polsinelli.com | |
| mdeming@polsinelli.com | *Attorneys for Defendant & Counterclaim* |
| knaik@polsinelli.com | *Plaintiff Actavis LLC* |

Robyn Ast-Gmoser
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 889-8000
rast@polsinelli.com

Dated: October 18, 2016